# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| CORPORAL DARRIN OTT, | : | CIVIL NO: 4:14-CV-00785 |
|---|---|---|
| Plaintiff, | : | |
| v. | : | (Chief Magistrate Judge Schwab) |
| SERGEANT LARRY E. GOODWIN, *et al.*, | : | |
| Defendants. | : | |

## ORDER
March 27, 2018

For the reasons set forth in our accompanying Memorandum, **IT IS HEREBY ORDERED** that the Defendants' collective motion for summary judgment (*doc. 49*) is **GRANTED**. The Clerk of Court is directed to enter **JUDGMENT** in favor of the Defendants with respect to the Plaintiff's federal claim, set out in Count II of the complaint. Pursuant to 28 U.S.C. § 1367(c)(3), however, the Court declines to exercise supplemental jurisdiction over the Plaintiff's remaining state-law claims, set out in Counts I and V of the complaint. Those state-law claims are **DISMISSED**, but without prejudice to the Plaintiff seeking relief in state court. Given these rulings, the Clerk of Court is directed to **CLOSE** the file on this case.

*S/Susan E. Schwab*
Susan E. Schwab
United States Chief Magistrate Judge